UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WILLIAM GRANDY,<br><br>           Petitioner,<br><br>   v.<br><br>A. HEDGEPATH, Warden,<br><br>           Respondent. | Case No. CV 07-4082 ODW (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 19, 2012

                                              OTIS D. WRIGHT<br>
                                   United States District Judge